UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEENIA KOLEANIKOV,

                Plaintiff,

  -against-

KAREN JOHNSON,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5206 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 29 ★

BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on September 29, 2006, dismissing the case for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the action is dismissed for failure to prosecute.

Dated: Brooklyn, New York
       September 29, 2006

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court